**STATE of Missouri, Respondent,**

v.

**James T. EDGAR, Appellant.**

**James T. EDGAR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49661, WD 51533.**

Missouri Court of Appeals,
Western District.

Dec. 10, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 1997.

Application to Transfer Denied March 25, 1997.

Susan L. Hogan, Assistant Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Appeal from judgment of conviction for one count of sodomy, § 566.060 RSMo Cum. Supp.1991, and order denying Rule 29.15 motion without an evidentiary hearing.

Judgment of conviction and order denying Rule 29.15 motion affirmed. Rule 30.25(b); and Rule 84.16(b).